**CLERK'S COURTROOM MINUTE SHEET – CRIMINAL – MAGISTRATE JUDGE**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**JEREMY CLARK,**

Defendant.

Case No: 22-40031-TC
AUSA: Sara Walton
Defendant: Melody Brannon, AFPD

| JUDGE: | Judge Rachel E. Schwartz | DATE: | June 2, 2022 |
|---|---|---|---|
| DEPUTY CLERK: | Dorothy Kliem | TAPE/REPORTER: | FTR Network @ 1:56 pm |
| INTERPRETER: | _____ | PROBATION: | Mitchell Shivers |

## PROCEEDINGS

☒ **Initial Appearance** – 13 min.  ☐ **Initial Revocation Hearing** – min.  ☐ **Bond Hearing** – min.
☐ **Detention Hearing** – min.  ☐ **Initial Rule 5(c)(3)** – min.  ☐ **Bond Revocation Hearing** – min.
☒ **Arraignment** – 3 min.  ☐ **Preliminary Hearing** – min.  ☐ **Status Conference** – min.
☐ **Discovery Conference** – min.  ☐ **Pretrial Conference** – min.  ☐ **In-Court Hearing** – min.

☐ **Defendant sworn**   ☒ **Examined re: financial status**   ☒ **Counsel appointed**

☒ **Charges and penalties explained to defendant**   ☒ **Advised of Due Process Protections Act**
☒ **Constitutional Rights Explained**   ☒ **Felony**   ☐ **Misdemeanor**
☐ **Declines to Waive Indictment**   ☐ **Will be presented to next Grand Jury**
☐ **Signed Waiver of Indictment**   ☐ **Information filed**
☐ **Advised of Rights Under Rule** _____   ☐ **Signed Consent to Transfer** _____

☒ **Waived Reading**   ☐ **Read to Defendant:**   ☐ **Indictment**   ☐ **Information**   ☐ **Complaint**
☒ **Number of Counts: 5**   ☐ **Guilty**   ☒ **Not Guilty**   ☒ **Indictment Unsealed**

☐ **Bond Revoked**   ☐ **Bail Fixed at: $_____**
☐ **Release Order executed**   ☐ **Continued on present conditions**   ☒ **Remanded to Custody**

☒ **Case Management Order will be issued by Magistrate Judge Schwartz**

☒ **Status Conference: June 29, 2022 at 9:00 AM before Judge Crouse in Topeka Courtroom 401.**

☒ **Defendant's next appearance:**   Detention hearing on June 3, 2022 at 1:00 PM before Judge Schwartz.

**OTHER:** Defendant appears in person, in custody and the court appoints Melody Brannon. Government moves for detention. Government requests a continuance of the hearing. The court grants the continuance and allows defendant's witnesses to appear by phone or proffer. Defendant is remanded to the custody of the U.S. Marshal Service.